AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>MATTHEW PELTON,<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**

Aug 27 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED UNDER SEAL**

Case No.  4:21-mj-71380-MAG

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 29, 2021_____ in the county of ___Contra Costa and Lake___ in the ___Northern___ District of ___California___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1) | Receipt of Child Pornography<br><br>Penalties:<br>Minimum term of imprisonment: 5 years<br>Maximum term of imprisonment: 20 years<br>Maximum fine: $250,000<br>Supervised release: 5 years minimum, lifetime maximum<br>Forfeiture, Restitution<br>Special assessments: $5100 ($100 if indigent), and up to $35,000 additional. |

This criminal complaint is based on these facts:

Please see attached affidavit of HSI Task Force Officer Darryl Holcombe in support of the Criminal Complaint.

☑ Continued on the attached sheet.

APPROVED AS TO FORM:

*/s/ Samantha Bennett*
AUSA SAMANTHA BENNETT

*/s/ Darryl Holcombe*
*Complainant's signature*

Darryl Holcombe, Task Force Officer, HSI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d).

Date:  August 27, 2021

*Virginia K. DeMarchi*
*Judge's signature*

City and state:      San Jose, California

Hon. Virginia K. DeMarchi, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Darryl J. Holcombe, a Senior Inspector with the Contra Costa County District Attorney's Office and Task Force Officer with Homeland Security Investigations, first being duly sworn, state as follows:

## I.     INTRODUCTION AND PURPOSE FOR AFFIDAVIT

1.      This affidavit is made in support of a criminal complaint charging Matthew Lee PELTON (hereafter, "PELTON") with Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).  I further request issuance of an arrest warrant for PELTON.

2.      The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and a Task Force Officer with Homeland Security Investigations, information provided to me by other law enforcement officers, law enforcement database sources, and other sources which I believe to be reliable.  Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included all facts known to me concerning this investigation.  Rather, I have set forth only the facts that I believe are necessary to establish probable cause that PELTON violated 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## II.     AGENT BACKGROUND AND EXPERIENCE

3.      I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault Unit.  I have been assigned to the Sexual Assault Unit since approximately 2015.  I also serve as a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations.  I have been employed with the Contra Costa County District Attorney's Office since November 2011.  Prior to that, I was a police officer with the City of Concord for eleven (11) years.  I attended a basic police academy in 1999 at the Los Medanos Police Academy.

4.      I am also currently assigned to the Internet Crimes against Children Task Force.  I monitor peer-to-peer and file sharing programs and investigate individuals downloading and

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

sharing child pornography and committing other sexual crimes against children.  I have participated in over 100 such investigations.  Through my work in these investigations, as well as my discussions with other experienced agents, I have experience in estimating the approximate ages of individuals (including those under the age of 18) depicted in photographs and videos.  I have received advanced training in computer crimes and peer-to-peer file sharing programs.  I have also received training in child pornography and child exploitation offenses, and through both this training and my prior work, have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).  As a Senior Inspector with the District Attorney's Office, I have also participated in criminal investigations relating to identity theft, counterfeit identification, counterfeit currency, counterfeit checks, bank fraud, wire fraud, access device fraud, and electronic crimes involving computers. As a state law enforcement agent, I am authorized to investigate violations of state law and to execute warrants issued under the authority of the State of California.  I am also a cross designated federal customs officers with Homeland Security Investigations.  I am authorized to make probable cause arrests without a warrant for violations of United States law.  I am authorized to serve search and arrest warrants issued under the authority of the United States.

III.    **APPLICABLE LAW**

5.       Under 18 U.S.C. §§ 2252(a)(2) and (b)(1), it is unlawful for any person to knowingly receive, or distribute, any visual depiction, particularly involving the use of a minor engaging in sexually explicit conduct, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means, including by computer, or knowingly reproduces any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails.

///

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

2

## IV.    FACTS SUPPORTING PROBABLE CAUSE

6.    On or about August 26, 2021, HSI Special Agent Stephanie Augusta and I reviewed the contents of an Apple iPhone belonging to Heather GHARIBIAN, pursuant to a federal search warrant issued by the Honorable Virginia K. DeMarchi, United States Magistrate Judge for the Northern District of California.

7.    I observed that GHARIBIAN used WhatsApp to communicate with an individual I believe to be Matthew PELTON.  I have learned from witnesses that GHARIBIAN and PELTON have been romantically involved since approximately 2016.  GHARIBIAN saved the WhatsApp user's contact name as "Matt."  Moreover, I observed that the user sent multiple "selfies" to GHARIBIAN, including photograph A below, which was sent on or about May 22, 2021.  I compared this photo with PELTON's California DMV photo (photograph B below).




A.                                B.

Based on my review of the photographs, I believe GHARIBIAN was communicating with PELTON on WhatsApp.

///

///

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

8.      I located several conversations between GHARIBIAN and PELTON, wherein GHARIBIAN sent images depicting minors engaged in sexually explicit conduct, or images of child erotica, often (but not always) at PELTON's request.

9.      For example, I located messages sent between GHARIBIAN and PELTON on WhatsApp on or about March 29, 2021.  During the conversation, GHARIBIAN sent multiple images of topless minor females to PELTON.  PELTON requested that GHARIBIAN send more images.  After further exchanges, GHARIBIAN sent the following video to PELTON, which I have summarized below:

> *File name:  861d6b33-fccc-4d04-89ad-e10fc81798d7.mp4*
> *This video is one minute and 53 seconds long and depicts two pre-pubescent girls on their backs on the bed, nude from the waist down masturbating with their own fingers. An adult hand is visible in the video and it touches one of the pre-pubescent girl's vagina. Both minors then turn over on their hands and knees and expose their genitals for the camera. Based on my training and experience, I believe this video depicts a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256.*

10.     After GHARIBIAN sent the aforementioned video, she and PELTON continued to engage in sexually explicit conversation about images and videos of child sexual abuse material.

11.     A further analysis of GHARIBIAN's WhatsApp messages revealed additional images and videos of child sexual abuse material GHARIBIAN shared with PELTON.

///

///

HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

VI.    **CONCLUSION**

12.    Based on the aforementioned facts and information, there is probable cause to believe that on or about March 29, 2021, in the Northern District of California, PELTON did knowingly receive material containing a visual depiction of a minor engaged in sexually explicit conduct, and the visual depiction had been shipped and transported using any facility of interstate and foreign commerce and in or affecting interstate or foreign commerce; and the visual depiction was produced using materials that have been mailed or so shipped or transported by any means, including by computer, and that was a depiction of such conduct, in violation of 18 U.S.C §§ 2252(a)(2) and (b)(1).

13.    Accordingly, I request that the Court issue the requested Criminal Complaint and Arrest Warrant.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.


*/s/ Darryl Holcombe*
Darryl Holcombe
Task Force Officer
Homeland Security Investigations


Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P 4.1 and 4(d) on this __27__ day of __August__ 20 _21_


*Virginia K. DeMarchi*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge
Northern District of California


HOLCOMBE AFF. IN SUPPORT OF CRIMINAL COMPL.
[UNDER SEAL]

5