JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600
E-Mail: *julia@jaynelawgroup.com*

Attorneys for Defendant
HEATHER HALWIG GHARIBIAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER HALWIG GHARIBIAN,<br><br>Defendant. | CASE NO. CR 21-00351-JSW<br><br>**DECLARATION OF JULIA M. JAYNE IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE**<br><br>Date:  April 5, 2022<br>Time: 9:30 A.M.<br>Courtroom: Hon. Jeffrey S. White |

I, Julia M. Jayne, declare:

1. I am an attorney licensed to practice law before all courts of the State of California and am with Jayne Law Group, P.C., counsel of record for HEATHER GHARIBIAN. The following facts are based on my own personal knowledge, except those facts stated on information and belief, and as to those facts, I believe them to be true.  If called as a witness, I could and would testify competently to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of a transcript from an AXON Body Camera recording taken from Detective Ruth Talley's device on August 23, 2021 at 2175 N. California Blvd, Suite 710 in Walnut Creek. The transcript was prepared by an online company called Trint. After reviewing their transcription, my office also listened to the audio of the

1  recording and made some corrections to the transcript to better align with the audio. Thus, the
2  transcript has been prepared as accurately as possibly. Further, the children's names have been
3  redacted.
4  3.      Attached hereto as Exhibit B is a true and correct screenshot from Detective Ruth Talley's
5  AXON body camera recording from August 23, 2021.

7          I declare under penalty of perjury under the laws of the United States that the foregoing is
8  true and correct.

9  Dated: February 15, 2022                              /s/
10                                                    Julia M. Jayne

2