# EXHIBIT A

## HG-004 - BPD-2104030_-_TALLEY,_RUTH_-_512R-4.mp4

**Speaker 1** [1][00:00:36] I'm here to speak with Heather.

**Unidentified** [00:00:41] OK

**Speaker 2** [2] [00:00:43] (Inaudible) Yes. Yes.

**Speaker 3** [00:01:04] So shut the door.

**Speaker 2** [00:01:05] (Inaudible) Yes.

**Speaker 1** [00:01:06] You don't seem too surprised to see me.

**Speaker 2** [00:01:10] No, I'm… I'm wondering why you guys are here.

**Speaker 1** [00:01:12] OK? Um, first of all, everybody's OK. I'm here about your children, but they're completely fine.

**Speaker 2** [00:01:17] OK. *Bodyworn camera appears to be removed from body and set onto the conference table.*

**Speaker 1** [00:01:17] Nothing bad has happened to them. You see, you didn't seem that surprised to see. .

**Speaker 2** [00:01:24] No, I was just trying to contain my composure in front of my coworkers I (inaudible) visited.

**Speaker 1** [00:01:30] And Heather, here's the thing I didn't want to come to your work. Um, however, we tried to. The school called you right earlier today here, trying to get you to come and unfortunately, that didn't work out. So we're here because what we have to talk about just can't wait.

**Speaker 2** [00:01:45] OK.

**Speaker 1** [00:01:46] So both of your daughters, ▇▇▇▇▇▇▇▇▇▇▇, have separately reported something that's going on at home.

**Speaker 2** [00:01:56] Ok.

**Speaker 1** [00:02:02] So OK? Do you have any idea what that might mean? Okay. Are you seeing anyone right now, anybody male in your life, like you have a husband, a boyfriend?

**Speaker 1** [00:02:05] I'm seeing someone. I just started a relationship but they said they liked them. I mean, he's never been over once; my mom was there the entire time.

**Speaker 1** [00:02:14] Who is that?

---

[1] Speaker 1 is Detective Talley (female).
[2] Speaker 2 is Heather Gharibian

1

**Speaker 2** [00:02:15] His name is Craig.

**Speaker 1** [00:02:17] OK, Craig, what?

**Speaker 2** [00:02:19] Hannigan.

**Speaker 1** [00:02:20]  OK, how about an ex-boyfriend?

**Speaker 2** [00:02:21] Yeah, an ex-boyfriend recently called me, and we're done.

**Speaker 1** [00:02:30] Can you? Can you tell me what his name is?

**Speaker 2** [00:02:34] Matt?

**Speaker 1** [00:02:35] Matt. His last name?

**Speaker 2** [00:02:36] Pelton.

**Speaker 1** [00:02:37] OK. Um, is there anything that I should know that you're aware of that may have gone on between your ex-boyfriend, Matt and your daughters? Or you or…

**Speaker 2** [00:02:51] No. I mean, we spoke about it yesterday with my youngest daughter, ▇▇▇▇, and she said how she really liked Craig, I mean.

**Speaker 3**[3] [00:03:05] OK. They spoke about it, you spoke about like your relationship with them.

**Speaker 2** [00:03:08] Well, she saw that Matt had texted me and she's like, Are you are you? I said, No, I'm done. So she goes, good, because I really like Craig. So that was it.

**Speaker 1** [00:03:18] And that was ▇▇▇▇, your 10 year old. OK, and while, while you were dating Matt. Did he come over to your house in Brentwood or?

**Speaker 2** [00:03:18] Yeah. I mean…

**Speaker 1** [00:03:30] Frequently, or?

**Speaker 2** [00:03:32] I mean, there were periods of time because it was on and off. So, yeah….

**Speaker 1** [00:03:35] When did your relationship start with Matt

**Speaker 2** [00:03:42] Um 20… well, maybe May of 2016.

**Speaker 1** [00:03:46] OK. And when did he start spending time over at your house with your daughters?

**Speaker 2** [00:03:54] Um, I mean, it would be on and off, but it was mostly like if they were at their dads for the weekend. You know, it's not like I really wanted to encourage that, and

---

[3] Speaker 3 is Detective Nunemaker (male).

2

their dad and I were still separated. And but yeah, like I said, the relationship was on and off because he's married. So that is why I'm…

**Speaker 3** [00:04:17] Matt's married?

**Speaker 2** [00:04:19] Yeah, that's why I ended it.

**Speaker 1** [00:04:21] We're not here about that, and that has no bearing on any of this. But I am here because we're criminal detectives. We don't just come out and interview people at work unless it's pretty serious. And what both of your daughters independently have said today is that there are some inappropriate interactions with your ex-boyfriend and them at your house.

**Speaker 2** [00:04:45] Okay.

**Speaker 3** [00:04:47] Touching, things like that.

**Speaker 1** [00:04:51] Is there anything that you can?

**Speaker 2** [00:04:54] I mean, that's mind blowing because in all the interactions, they never looked uncomfortable or…

**Speaker 1** [00:05:02] What kind of interactions?

**Speaker 2** [00:05:05] Well, we went on a trip in February and they were vying for his attention. Playing in the pool and um, so I.

**Speaker 3** [00:05:22] That's shocking to you.

**Speaker 2** [00:05:24] Yeah.

**Speaker 3** [00:05:28] Was there ever anything? I mean, obviously there, you said they were trying to get his attention and try to play with them, interact with them or whatever. But was there ever?

**Speaker 2** [00:05:32] I mean, like they didn't exhibit like if something had happened, I think I would notice a change in them.

**Speaker 3** [00:05:36] And unfortunately, this is all we focus on these kinds of crimes. And oftentimes the kids don't exhibit – what we would consider normal behavior….

**Speaker 1** [00:05:43] at least for a long time.

**Speaker 3** [00:05:44] Yeah, because they they're trying to battle within themselves. Was there ever anything that he did or said toward them that ever made you feel like that doesn't feel normal or kind of makes you feel uncomfortable or anything?

**Speaker 2** [00:05:56] The only thing I can think of is one time they were in the living room playing video games, and ▮▮▮▮ was perched on his shoulders and I called her up and said that that was probably not appropriate at all. I just didn't like it. I mean, I just don't think that was.

3

**Speaker 1** [00:06:16] Has Matt ever asked you for pictures of the girls or …?

**Speaker 2** [00:06:21] No. I mean, or like, if we're out, he's like, Oh, send pics. Like if we're out for the day. So, ok.

**Speaker 1** [00:06:32] Because one of the things that came up and I and my partner have not interviewed your daughters, OK, that needs to be done by a professional, which is most likely going to happen just based on the allegations we're looking at here. However, they did disclose things to the counselor and also a social worker today. So that's the information that we're going on. And some of that information that was presented by both of your daughters was that there were pictures taken of them. Potentially some of them may have been pictures on your phone sent in text messages.

**Speaker 2** [00:07:12] I mean, like I said, the pictures that we took of what we were doing at the time, or out and about singing in the car.

**Speaker 1** [00:07:22] (Inaudible) pictures of them sleeping or in positions, while they're sleeping.

**Speaker 2** [00:07:28] I might have sent one picture one time because I said, Look how cute they are. I love them when they're asleep because, you know, that's my downtime. Then when they're asleep.

**Speaker 1** [00:07:38] Is there any reason why either ▮▮▮▮▮▮▮▮ might think that the pictures that were taken were like, weirded them out or like, maybe they were in the shower or something like that?

**Speaker 2** [00:07:51] No, but I see, like, they've never asked me or they've never said, Oh, like, what is that? I mean, and my phone is out all the time. So I just think that if I mean ▮▮▮▮ probably most of all, I mean, ▮▮▮▮ is like little miss questionnaire so um.

**Speaker 1** [00:08:14] You said you had a text conversation or some kind of conversation with Matt yesterday?

**Speaker 2** [00:08:23] Um, well, it was me saying, leave me alone and stay with your wife. And that I was done. I mean, we separated, final separation was March. He decided to go back and make it work with her. He has contacted me saying, I miss you. You know, all this other stuff. And I'm like, Well, unless and until you have divorce papers, don't go. And so that's why I started over with somebody new. So…

**Speaker 1** [00:08:55] Okay, and when was the last time that Matt was up at your house, staying over? Like months ago?

**Speaker 2** [00:09:04] Yeah, I mean, this would have been he brought his son over the last time he was there, his youngest son. That would have been I, I think [inaudible] but we got back from L.A. after his birthday. So the following Saturday he had ▮▮▮▮ so his birthday week. That was the 28th. So I would say I was like the the first week in March he brought over to see how he was contemplating actually leaving. And so ▮▮▮▮ has always played his youngest son because they're all in the same age. So they've all played together and he goes: Well let me see how it is. Because his wife had found out about us. So I said, I don't think ▮▮▮▮ was ever going to want to come over. And he said, No, I miss the girls. I would love to see the girls, so.

4

**Speaker 3** [00:09:57] ▇▇ said that or Matt?

**Speaker 2** [00:09:59] ▇▇. I mean, that's what Matt said ▇▇ said. And they played entire time.

**Speaker 1** [00:10:05] Where does Matt live? He lives a couple of hours away?

**Speaker 2** [00:10:08] Yeah, he moved to Kelseyville.

**Speaker 1** [00:10:10] Where? Where was? Kelseyville?

**Speaker 2** [00:10:12] Kelseyville. I think up near Ukiah. I've never been to that area, so I don't know.

**Speaker 1** [00:10:18] He bought a new house or --

**Speaker 2** [00:10:20] Yeah, he moved. His wife said I want to move away, I don't want to be down the street from her and they moved [inaudible] here about this time

**Speaker 3** [00:10:30] Did they live in Brentwood at the time previously?

**Speaker 2** [00:10:33] Yeah, they lived in Brentwood.

**Speaker 3** [00:10:35] Oh. Okay.

**Speaker 1** [00:10:37] Okay. Well, the reason I'm mentioning pictures and the phone is because that's the information that was presented to us. Would you be willing with you here for us to take a look at your phone just to see? Just to rule that out, that there aren't any weird pictures on your phone or communication with Matt related to that?

**Speaker 2** [00:10:58] Um

**Speaker 3** [00:10:58] We're not gonna look through, we're not interested in communication about your relationship and stuff like that's not at all our focus.

**Speaker 2** [00:11:05] I mean, I don't, I don't. No. I think I should get an attorney. I mean because anything can be misconstrued, and I want to see if there's a picture on there that my daughters could have misconstrued.

**Speaker 3** [00:11:21] Well, it's not really up to their interpretation. So I mean, they're reporting what made them feel uncomfortable, but whatever they misconstrue, that doesn't dictate whether or not something was wrong or not. Um, and that's totally your right to get an attorney, and that's totally fine, um. But ultimately, we're going, we're going to need to seize your phone and get a warrant for it then. And that's OK. We're more than happy to do that, but we need to have the phone before we leave and we won't look through it until we get the warrant signed by the judge. But we can't leave it in your possession at this point.

**Speaker 1** [00:11:56] Just based on information we have. OK?

**Speaker 3** [00:11:58] [Inaudible] is it at your desk or with you?

5

**Speaker 2** [00:12:03] No, it's at my desk. It's in my purse. I'll go get it.
[speakers leave conference room]

**Speaker 3** [00:12:48] We're not [unintelligible] We're not talking about the warrant, and we're not trying to force people to do it either, obviously. I'm just trying to let you know that's just how we'll need to proceed.

**Speaker 1** [00:12:59] I just want we just want to do everything the correct way. So in the fastest way to get the phone back to you, if there isn't anything of evidentiary value and we're here to protect your girls. OK, what was what was reported was some pretty serious stuff. All right. Involving Matt, OK? And some of the stuff leads us to believe that there may be something on this phone that was sent to Matt. And maybe that wasn't your intention. But this is just what your girls have been saying. OK? And one of the reasons we have forensic interviews is they're the best way to get the truth without leading children. OK, and right now, we don't have those. But we're just working with what we have. OK, so you've already kind of said that you want a lawyer. You don't want us to look through your phone, which is fine.

**Speaker 2** [00:13:47] Well, I just gave it to you.

**Speaker 1** [00:13:49] ==I know. But at this point, we're kind of in a forced situation, so I'm not going to look at it. But it does have a passcode on it. Correct? It's open right now==?

**Speaker 2** [00:13:58] Yeah, it's open.

**Speaker 1** [00:14:00] What's the passcode?

**Speaker 2** [00:14:01] Uh, on that one, probably, six five six six six.

**Speaker 1** [00:14:01] What was it?

**Speaker 2** [00:14:08] Six six five six six six.

**Speaker 1** [00:14:10] I'm just going to test it right now.

**Speaker 1** [00:14:10] Five digits?

**Speaker 2** [00:14:17] Six digits…six five six six six six

**Speaker 1** [00:14:24] OK, six five six six six six.

**Speaker 3** [00:14:27] OK, I'm just going to put it on airplane mode so you don't get notifications.

**Speaker 1** [00:14:33] I understand this is a lot for you. Like I said, I don't want to come to your place of work. We just had no, we just had no choice. I had to come talk to you today, based on the developments of two girls reported this at the same time. OK? Um, one.

**Speaker 3** [00:14:48] But sorry, (Inaudible) just can't say what my partner said as far as our job is to protect your daughters and clear you of any wrongdoing, if that's the case. You know, we're not we're not out to get somebody just because, you know, somebody

says something, we follow evidence and we're not wanting to argue or doing anything like that either.

**Speaker 2** [00:15:08] So I mean, when the principal called me um, to come to the school and said that ▇▇▇▇ is not feeling well. She didn't actually say she wanted me. I just said either me or her dad will come.

**Speaker 1** [00:15:22] So right. And there's reasons why we didn't want to force the issue at the time. For one, we didn't wanna scare you and um, think something's really horribly wrong and two, we potentially didn't want to spook you, either. And just so, you know, right now, if you don't want to talk to me or my partner, you can you can leave and we're going to leave. (Inaudible) We're going to take your cell phone, and I'll leave you a receipt. But right now, this is completely voluntary. You're not under arrest, OK? We we came here because we for one you're the mom and we needed to speak with you. OK, you know that CPS is already involved. That's like an automatic thing when these things are reported. OK? Um, but I want to make it very clear that this is not an interrogation here on your part. I wanted to see if you had an idea of what was going on. Sounds like you don't really have . . .

[REMAINDER OF AUDIO NOT INCLUDED]

# EXHIBIT B

