JULIA M. JAYNE (State Bar No. 202753)
ASHLEY RISER (State Bar No. 320538)
JAYNE LAW GROUP, P.C.
803 Hearst Avenue
Berkeley, CA 94710
Phone: (415) 623-3600
E-Mail: *julia@jaynelawgroup.com*

Attorneys for Defendant
HEATHER HALWIG GHARIBIAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER HALWIG GHARIBIAN,<br><br>Defendant. | CASE NO. CR 21-00351-JSW<br><br>**DECLARATION OF JULIA M. JAYNE IN SUPPORT OF REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO SUPPRESS EVIDENCE**<br><br>Date:  April 5, 2022<br>Time: 9:30 A.M.<br>Courtroom: Hon. Jeffrey S. White |

I, Julia M. Jayne, declare:

1. I am an attorney licensed to practice law before all courts of the State of California and am with Jayne Law Group, P.C., counsel of record for HEATHER GHARIBIAN. The following facts are based on my own personal knowledge, except those facts stated on information and belief, and as to those facts, I believe them to be true.  If called as a witness, I could and would testify competently to those facts.

2. Attached hereto as Exhibit A is a true and correct redacted copy of USA0065, the first page of the Graykey Progress Report on the phone seized from Ms. Gharibian.

3. Attached hereto as Exhibit B is a true and correct redacted copy of the contact page for G.G., a student at Ron Nunn Elementary School.

4.  Attached hereto as Exhibit C is a redacted copy of the Contra Costa County Public Works Department purchase order for a Graykey annual license on May 25, 2021 for $19,755, which included a Graykey annual license online, a Grakey unit, and shipping and handling. The item was shipped to the Contra Costa County District Attorney's Office.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 8, 2022                                        /s/
                                                                    Julia M. Jayne

2