# EXHIBIT A



# GrayKey Progress Report

## Evidence ID: Brentwood 21-4030-002

## Examiner Name: Darryl Holcombe

GrayKey Serial #: 9a926beed4691802
GrayKey Software: OS Version: 1.6.16, App Bundle: 2.1.8
Report generation time: 2021-08-25 01:39:54 UTC



## Target Device Information

| | |
|---|---|
| Device Name | Matts iPhone |
| Software Version | 14.4.2 [18D70] |
| Model | iPhone 8 Plus (GSM) [iPhone10,5 D211AP] |
| Unique Device ID (UDID) | 687c86434f05c374edaaddf5c088c7b77bc2941b |
| Serial Number | FD2YX9DMJCM2 |
| Unique Chip ID (ECID) | 5939360521453614 |
| WiFi MAC Address | 94:b0:1f:2a:e5:0a |
| Bluetooth MAC Address | 94:b0:1f:21:c8:99 |
| Phone Number | +1 (925) 390-9880 |
| IMEI | 354832099285619 |
| Data Partition Size | 22770081792 |
| Lock State | Unlocked |
| Agent Version | 2.1.8 |
| Backup State | iTunes Backup, Not Encrypted, Last Backup Date: Never |
| Owner Name | Heather Halwig |
| Accounts | mattp560               heatherh2603 |

## Event Log

[content redacted]

# EXHIBIT B

## Primary Contacts

| Contact | Relationship | Type | Telephone | Phone Type | Lives w/ Student |
|---|---|---|---|---|---|
| ▮▮▮▮▮ | Father | Family Member | ▮▮▮▮▮ | Cellular | ✓ |
| Heather Halwig Gharibian | Mother | Legal Guardian | (925) 390-8200 | Cellular | ✓ |
| | | | (925) 322-8889 | Work | |

## Emergency Contacts
No Data Available

## Siblings

| Student | Gender | School | Status | Grade L… |
|---|---|---|---|---|
| ▮▮▮▮▮ | F | ▮▮▮▮▮ | ▮▮▮ | |

## Household Information

| Sequence | Name | Type | School |
|---|---|---|---|
| 1 | ▮▮▮▮▮ George | Contact | |
| 2 | Halwig Gharibian, Heather | Contact | |
| | ▮▮▮▮▮ | Student | Ron Nunn Elementary School |
| | ▮▮▮▮▮ | Student | ▮▮▮▮▮ |

# EXHIBIT C

# Notice of Blanket Award

Contra Costa County
Public Works
PURCHASING SERVICES
40 Muir Road, 2nd Floor
Martinez, CA 94553

| VENDOR | | |
|---|---|---|
| Alt ID ▮ | PO Date: 05/25/2021 | Blanket Order Number |
| GRAYSHIFT<br>931 MONROE DR NE<br>SUITE A102-340<br>ATLANTA, GA 30308 | Buyer: ▮<br>Phone: ▮<br>FOB: F.O.B., Destination<br>Terms: Net 30 | F ▮<br><br>ALL PACKING SLIPS, INVOICES, AND CORRESPONDENCE MUST REFERENCE THIS PO NUMBER. SUBMIT AN INVOICE TO THE "INVOICE TO" DEPT FOR PAYMENT. |

| SHIP TO | INVOICE |
|---|---|
| District Attorney<br>Central Supply<br>900 Ward St., 1st Floor<br>Martinez, CA 94553-1201 | District Attorney<br>Central Supply<br>900 Ward St., 1st Floor<br>Martinez, CA 94553-1201 |

| Department | Requisition Number | Bid Number | Delivery Date |
|---|---|---|---|
| DA - District Attorney | ▮ | | |

| Item | Item Description | Quantity | Unit | Unit Price | Total |
|---|---|---|---|---|---|
| 1 | THIS BLANKET PURCHASE ORDER IS FOR THE FOLLOWING AS PER THE ATTACHED QUOTE ▮ :<br><br>- GRAY KEY ANNUAL LICENSE-ONLINE FIXED<br>- GRAYKEY UNIT.<br>- SHIPPING & HANDLING<br><br>Effective Dates:<br>03/31/2021 through 03/30/2022<br>Dept. Contact: Contact ▮<br><br>THE DOLLAR VALUE ON THIS BLANKET ORDER IS AN ESTIMATE OF VOLUME AND NOT A COMMITMENT TO SPEND. THE COUNTY WILL NOT BE HELD RESPONSIBLE TO SPEND THIS AMOUNT. | 1.00 | YR | $18,000.00 | $18,000.00 |
| | | | | SUBTOTAL: | $ 18,000.00 |
| | | | | TOTAL: | **$19,755.00** |

This Purchase Order authorizes the delivery of the above products and services subject to Contra Costa County's standard Terms and Conditions. The County assumes the seller accepts the order and will make delivery as specified herein, unless notified to the contrary within 10 calendar days. Standard Terms and Conditions may be viewed at www.cccounty.us.

```
EN ORGN SUBO TAS OPT ACT/WAP     Percent         Amount
01-AS CODED                      100%         $19,755.00
```



Purchaser Manager / Buyer